

# NUMBER 13-21-00438-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF T.C. and K.C., CHILDREN

---

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

---

# ORDER

**Before Justices Hinojosa, Tijerina, and Silva
Order Per Curiam**

This is an appeal of a final order terminating parental rights. The court reporter has filed a first ten-day request for extension of time to file the reporter's record.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that

these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, we limit the request to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

This Court, having fully examined and considered the court reporter's request is of the opinion that, in the interest of justice, the court reporter's first request for extension of time to file the reporter's record should be granted with order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

The Court grants the court reporter's request for extension of time. This request is granted insofar as the Court will extend the court reporter's deadline to file the reporter's record ten (10) days from the date of this order. Further requests for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
9th day of February, 2022.